JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HOLLIE JONES,                          )   CASE NO. CV 15-752-JFW (PJW)
                                       )
                 Petitioner,           )
                                       )   J U D G M E N T
            v.                         )
                                       )
SUPERIOR COURT OF LOS ANGELES,         )
ET AL.,                                )
                                       )
                 Respondents.          )
                                       )
_____)

     Pursuant to the Order Accepting Report and Adopting Findings,
Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED:   January 4, 2016.


                                   _____
                                   JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE


C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd